IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABARIAN LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-1219-NJR |
| | ) |
| ANGELA COWELL, TRACY MOTT, | ) |
| DR. ISAN, and DR. THAN, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

On October 6, 2021, Plaintiff Labarian Lewis, who is currently being held at Chester Mental Health Center, filed a Complaint (Doc. 1). That Complaint was later dismissed because Lewis failed to include any allegations in his statement of claim (Doc. 12). He was given leave to file an Amended Complaint. On December 17, 2021, Lewis filed an Amended Complaint (Doc. 13), but the Amended Complaint was also dismissed for failure to state a claim (Doc. 17). He was again granted leave to file a Second Amended Complaint, which was due February 7, 2022. As of this date, Lewis has failed to file a Second Amended Complaint.

The Court will not allow this matter to linger indefinitely. Accordingly, this action is **DISMISSED with prejudice** based on Lewis's failure to comply with the Court's Order to file a Second Amended Complaint and failure to prosecute his claims (Doc. 17, p. 3).

Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). This shall count as a "strike" for purposes of 28 U.S.C. 1915(g).

If Lewis wishes to appeal this Order, he must file a notice of appeal with this Court within thirty days of the entry of judgment. Fed. R. App. 4(a)(1)(A). If Lewis does choose to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* Fed. R. App. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999). He must list each of the issues he intends to appeal in the notice of appeal and his motion for leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a)(1)(C). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. Fed. R. App. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of judgment, and this 28-day deadline cannot be extended.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: February 14, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**